EXHIBIT A

1  
2  RICHARD ALEXANDER, Cal. Bar #48432  
   JEFFREY W/ RICKARD, Cal. Bar #125180  
3  RYAN M. HAGAN, Cal Bar #200850  
   ALEXANDER, HAWES & AUDET, LLP  
4  152 North Third Street, Suite 600  
   San Jose, CA 95112  
5  Telephone: (408) 289-1776  
   Facsimile: (408) 287-1776  
6  **Attorneys for Plaintiff(s)**

7  RANDALL C. CREECH, Cal. Bar #65542  
   CREECH, LIEBOW & KRAUS  
8  333 West San Carlos Street  
   Suite 1600  
9  San Jose, CA 95110  
   Telephone: (408) 993-9911  
10 Facsimile: (408) 993-1335

11 THOMAS M. CARNEY, admitted *pro hac vice*  
   CAROL A. RUTTER, admitted *pro hac vice*  
12 HUSCH & EPPENBERGER, LLC  
   190 Carondelet Plaza, Suite 600  
13 St. Louis, MO 63105-3441  
   Telephone: (314) 480-1500  
14 Facsimile: (314) 480-1505  
15 **Attorneys for Defendant Olin Corporation**

16            UNITED STATES DISTRICT COURT  
      NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
17

| | |
|---|---|
| FRANK F. HUANG, SU-CHING HUANG, FANG-YU HUANG and LING-JUNG CHENG, | Case No.: C 03-2024 RMW |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS FRANK F. HUANG, SU-CHING HUANG, FANG-YU HUANG and LING-JUNG CHENG** |
| v. | |
| OLIN CORPORATION, et al., | |
| Defendants. | |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Frank F. Huang, Su-Ching Huang, Fang-Yu Huang and Ling-Jung Cheng and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all

2060290.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Frank F. Huang, Su-Ching Huang, Fang-Yu Huang and Ling-Jung Cheng - 1**

| | |
|---|---|
| 1 | claims asserted by Frank F. Huang, Su-Ching Huang, Fang-Yu Huang and Ling-Jung Cheng |
| 2 | as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred |
| 3 | to date in this action. |

Dated: __8/4/05__

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776

Attorneys for Plaintiffs Frank F. Huang, Su-Ching Huang, Fang-Yu Huang and Ling-Jung Cheng

HUSCH & EPPENBERGER, LLC

By:   S/Carol A. Rutter
THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

2060290.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Frank F. Huang, Su-Ching Huang, Fang-Yu Huang and Ling-Jung Cheng - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| FRANK F. HUANG, SU-CHING HUANG, FANG-YU HUANG and LING-JUNG CHENG,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-2024 RMW<br><br>ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS FRANK F. HUANG, SU-CHING HUANG, FANG-YU HUANG and LING-JUNG CHENG |

THIS MATTER coming on the motion of Frank F. Huang, Su-Ching Huang, Fang-Yu Huang and Ling-Jung Cheng and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Frank F. Huang, Su-Ching Huang, Fang-Yu Huang and Ling-Jung Cheng's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005       _Ronald M. Whyte_

2060290.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Frank F. Huang, Su-Ching Huang, Fang-Yu Huang and Ling-Jung Cheng - 3**